IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION



EOD
08/01/2018

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LISA FOBBS, | § | |
| XXX-XX-3324 | § | CASE NO. 18-10255-BP-13 |
| | § | |
| 620 DURDIN DRIVE | § | CHAPTER 13 |
| SILSBEE, TX 77656 | § | |
| DEBTOR. | § | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY FILED BY PERITUS PORTFOLIO SERVICES, LLC

On July 12, 2018, a Motion for Relief from the Automatic Stay and Co-Debtor Stay (the "Motion) was filed by Peritus Portfolio Services, LLC (the "Movant") in the above-referenced case. The Court Finds that the Motion with regard to the 2013 Kia Sorento, Vehicle Identification Number 5XYKT3A14DG415086 was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by an party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order:

**IT IS THEREFORE ORDERED** that the Motion for Relief from the Automatic Stay and Co-Debtor Stay filed by Peritus Portfolio Services, LLC on July 12, 2018 is hereby **GRANTED** so as to authorize the termination of the automatic stay and Co-Debtor stay immediately as to the 2013 Kia Sorento, Vehicle Identification Number 5XYKT3A14DG415086, with an account number ending in .

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14) day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

Signed on 08/01/2018

_____
THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE